**Jose BARRON, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 12–4050.**

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 28, 2013.

Filed: Sept. 3, 2013.

Jose Barron, Saint Joseph, MO, pro se.

Christopher Buchanan, Lynda Do, Karen Yolanda Drummond, Richard M. Evans, Assistant Director, U.S. Department of Justice Washington, DC, for Respondent.

Before SMITH, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Mexican citizen Jose Barron petitions for review of an order of the Board of Immigration Appeals (BIA), which upheld an immigration judge's decision denying him asylum and withholding of removal. After careful review, we find no basis for granting the petition, as the BIA's denial of relief was supported by substantial evidence on the record as a whole. *See Cubillos v. Holder*, 565 F.3d 1054, 1056–58 (8th Cir.2009) (substantial-evidence standard for asylum claim; denial of asylum

**690**

dictates same outcome on withholding-of-removal claim based on same underlying factual allegations). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.